IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-mj-00116-DLW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    BURGANDY ANN SHELBY,

        Defendant.

---

### ORDER RE MOTION TO CONTINUE ARRAIGNMENT

---

THE COURT, having considered the government's Motion to Continue Arraignment and the defendant having no objection,

**IT IS HEREBY ORDERED** that the arraignment currently set in this matter for September 14, 2011, at 9:00 a.m. is continued to September 15, 2011, at 2:30 p.m.

DONE this 12th day of September, 2011.

                                            BY THE COURT:

                                            _____
                                            David L. West
                                            United States Magistrate