# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | Case Number: 11-MJ-00116-DLW |
| | USM Number: 37819-013 |
| BURGANDY ANN SHELBY | STEVEN WELLS |
| | (Defendant's Attorney) |

**THE DEFENDANT:** Plead Guilty to Count 1 of the Information.

The defendant is adjudicated guilty of this offense:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. 1167(a) | Theft From A Gaming Establishment | May 1, 2010 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Count 2 of the Information is dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

September 21, 2011
Date of Imposition of Judgment

s/David L. West
Signature of Judge

David L. West, U.S. Magistrate Judge
Name & Title of Judge

September 21, 2011
Date

## UNSUPERVISED PROBATION

The defendant is hereby placed on unsupervised probation for a term of one (1) year with the following special conditions:

1) The defendant shall not commit another federal, state, or local crime.

2) Defendant shall pay restitution to the Ute Mountain Ute Casino in the amount of $3,775.02 and to the Sky Ute Resort and Casino in the amount of $2,364.10 within one (1) year from the date of sentencing.

3) Defendant shall fully cooperate with the U. S. Attorney's Office and the District Attorney's Office in San Juan County, New Mexico in the investigation and prosecution of her co-defendant.

4) The conditions of the Defendant's probation imposed by the State Court in New Mexico will also be the conditions of the Defendant's unsupervised probation in this case.

DEFENDANT: BURGANDY ANN SHELBY
CASE NUMBER: 11-MJ-00116-DLW                                    Judgment-Page 3 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $0.00 | $6,139.12 |
| **TOTALS** | $25.00 | $0.00 | $6,139.12 |

The defendant must make restitution to be paid from the registry of the court to the payee(s) listed below. If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | * Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Ute Mountain Ute Casino | $3,775.02 | $3,775.02 | |
| Sky Ute Casino | $2,364.10 | $2,364.10 | |
| **TOTALS** | $6,139.12 | $6,139.12 | |

All of the payment options set forth below may be subject to penalties for delinquency and default pursuant to 18 U.S.C. § 3612(g).

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

Special Assessment of $25.00 to be paid by November 1, 2011.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order: (1) special assessment, (2) restitution principal, (3) restitution interest, (4) penalties.