**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate David L. West**

**Criminal Action No. 11-MJ-00116-DLW**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**
**v.**

**BURGANDY ANN SHELBY,**

    **Defendant.**

---

**ORDER EXONERATING BOND**

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the Defendant was sentenced to one year unsupervised probation. As a result, all the conditions of an appearance bond imposed by the Court as a pretrial matter to secure the Defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly;

**IT IS HEREBY ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released.

**DATED: September 27, 2011**.

                                          **BY THE Court:**

                                          **s/David L. West**
                                          **United States Magistrate Judge**