**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-MJ-00116-DLW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. BURGANDY ANN SHELBY,**

**Defendant.**

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Defendant has requested an extension of time to complete payment of the restitution in this matter, the Government has filed a response to Defendant's request, and Defendant's counsel has filed a response to the Government's response to Defendant's request, therefore:

**IT IS HEREBY ORDERED** that a hearing on this matter is scheduled for January 8, 2013 at 10:15 a.m. before the Magistrate Judge in Durango, Colorado.

**IT IS FURTHER ORDERED** that the Defendant my appear by telephone for the purposes of this hearing.

**DATED: January 2, 2013.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**